# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 09-5353** | **September Term 2009** |
| | 1:09-cv-01094-CKK |
| | Filed On: November 13, 2009 [1215591] |

Kenneth Adolphus Hinton,

    Appellant

    v.

United States of America,

    Appellee

### O R D E R

Upon consideration of appellant's motion to dismiss the appeal with prejudice, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                      BY:    /s/
                              Mark A. Butler
                              Deputy Clerk